Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 6:19-po-00104-JDP |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| SAMUEL BAE, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

Dated: July 2, 2019  /S/ Susan St. Vincent
  Susan St. Vincent
  Yosemite National Park
  Legal Officer

# **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Bae, Case number 6:19-po-00104-JDP*, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: ___July 3, 2019___  _____
UNITED STATES MAGISTRATE JUDGE